

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ORANGEBURG DIVISION

| | |
|---|---|
| LAKENISHA DOWLING,<br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, *Commissioner of the*<br>*Social Security Administration*,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§　　Civil Action No. 5:18-00387-MGL<br>§<br>§<br>§<br>§<br>§ |

---
### ORDER REMANDING TO DEFENDANT FOR FURTHER PROCEEDINGS
---

In light of the decision of the United States Court of Appeals for the Fourth Circuit in *Lakenisha Dowling v. Comm'r of Soc. Sec. Admin.*, No. 19-2141, 2021 WL 203371 (4th Cir. Jan. 21, 2021), this Court's order and judgment dated August 15, 2019, are vacated; and this action is hereby remanded to the Commissioner for further proceedings consistent with the Fourth Circuit's opinion.

**IT IS SO ORDERED.**

Signed this 15th day of March, 2021, in Columbia, South Carolina.

　　　　　　　　　　　　　　　　　　　　s/ Mary Geiger Lewis
　　　　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE