

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ORANGEBURG DIVISION**

| | |
|---|---|
| LAKENISHA DOWLING,<br>　　　　Plaintiff,<br><br>vs.<br><br><br>ANDREW M. SAUL, *Commissioner of the Social Security Administration*,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§　Civil Action No. 5:18-00387-MGL<br>§<br>§<br>§<br>§ |

## **ORDER**

AND NOW, this eleventh day of May, 2021, it is hereby, ORDERED that Plaintiff, Lakenisha Dowling, is awarded attorney fees in the amount of Eleven Thousand Dollars and 00/100 Cents ($11,000.00), expenses in the amount of Sixteen Dollars and 00/100 Cents ($16.00), and costs in the amount of Nine Hundred Fourteen Dollars and 90/100 Cents ($914.90), under 28 U.S.C. § 2412(a), (d) of the Equal Access to Justice Act (EAJA). These attorney fees, expenses, and costs will be paid directly to Plaintiff, Lakenisha Dowling, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees, expenses, and costs will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees, expenses, and costs in this Order to the extent necessary to satisfy such debt(s).

　　**IT IS SO ORDERED.**

Signed this 11th day of May 2021, in Columbia, South Carolina.

                                            s/ Mary Geiger Lewis
                                            MARY GEIGER LEWIS
                                            UNITED STATES DISTRICT JUDGE